# U.S. District Court
# Western District of Missouri (Springfield)
# CIVIL DOCKET FOR CASE #: 6:21−cv−03152−MDH
## *Internal Use Only*

Rockett v. Eighmy
Assigned to: District Judge M. Douglas Harpool
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 06/16/2021
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**D. Bart Rockett**

represented by **Bevis Schock**
W. Bevis Schock, Attorney at Law
7777 Bonhomme, Ste. 1300
St. Louis, MO 63105
314−726−2322
Fax: 314−721−1698
Email: wbschock@schocklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Hugh A. Eastwood**
Hugh A. Eastwood, Attorney at Law
7911 Forsyth Blvd Ste 300
Saint Louis, MO 63105−3825
314−809−2343
Fax: 314−228−0107
Email: heastwood@eastwoodlawstl.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

V.

**Defendant**

**Eric Dell Eighmy**

represented by **H Anthony Relys**
TGH Litigation, LLC
28 N. 8th St.
Ste. 317
Columbia, MO 65201
573−256−2850
Email: tony@tghlitigation.com
***TERMINATED: 09/30/2021***
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Michael E. Talent**

Missouri Attorney General's Office−StL
815 Olive Street
Suite 200
St. Louis, MO 63101
314−340−4869
Email: Michael.Talent@ago.mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas Kondro**
Missouri Attorney General's Office−Spfd
149 Park Central Square
Ste. 1017
Springfield, MO 65806
417−895−6594
Fax: 417−895−6382
Email: thomas.kondro@ago.mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/16/2021 | 1 | | COMPLAINT against Honorable Eric Dell Eighmy by Plaintiff. Filing fee $402, receipt number AMOWDC−7457178. Service due by 9/14/2021 unless otherwise directed by the court. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet)(Eastwood, Hugh) (Attachment(s) added on 6/17/2021: # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) NEF regenerated. (Keller, Jeanne). (Entered: 06/16/2021) |
| 06/16/2021 | 2 | | **NOTICE OF INCLUSION FOR MEDIATION AND ASSESSMENT PROGRAM (MAP). REVIEW NOTICE AND MAP GENERAL ORDER CAREFULLY FOR IMPORTANT CHANGES, DEADLINES AND REQUIREMENTS.**<br><br>**Notice of MAP assignment to an outside mediator.** (Attachments: # 1 MAP General Order)(Keller, Jeanne) (Entered: 06/16/2021) |
| 06/16/2021 | | | SUMMONS ISSUED as to Eric Dell Eighmy, and emailed to Plaintiff's counsel. (Keller, Jeanne) (Entered: 06/16/2021) |
| 06/25/2021 | 3 | | NOTICE of appearance by Thomas Kondro on behalf of Eric Dell Eighmy (Attorney Thomas Kondro added to party Eric Dell Eighmy(pty:dft))(Kondro, Thomas) (Entered: 06/25/2021) |
| 06/25/2021 | 4 | | NOTICE of appearance by H Anthony Relys on behalf of Eric Dell Eighmy (Attorney H Anthony Relys added to party Eric Dell Eighmy(pty:dft))(Relys, H) (Entered: 06/25/2021) |
| 06/25/2021 | 5 | | |

| | | | |
|---|---|---|---|
| | | | RETURN OF WAIVER OF SERVICE filed by D. Bart Rockett. Waiver sent to Eric Dell Eighmy on 6/16/2021, answer due 8/16/2021. (Eastwood, Hugh) (Entered: 06/25/2021) |
| 07/02/2021 | 6 | | MOTION to seal document 1 Complaint, *Exhibit 4 [Doc. #1−5]* filed by Hugh A. Eastwood on behalf of D. Bart Rockett. Suggestions in opposition/response due by 7/16/2021 unless otherwise directed by the court. (Related document(s) 1 ) (Eastwood, Hugh) (Entered: 07/02/2021) |
| 07/06/2021 | 7 | | ORDER granting 6 unopposed motion to seal document. The Court grants the motion to seal Exhibit 4 of the Complaint. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 07/06/2021) |
| 07/19/2021 | 8 | | RULE 16 NOTICE. Proposed scheduling order due by 9/2/2021. Rule 26 conference due by 8/18/2021. Signed on 7/19/21 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 07/19/2021) |
| 07/21/2021 | | | NOTICE of filing: Mediation and Assessment Program Reminder: Your Designation of Mediator is due soon (filed as an ADR event in CM/ECF). See Notice of Inclusion and MAP General Order for specifics. (ADI, MAP) (Entered: 07/21/2021) |
| 08/09/2021 | 9 | | Consent MOTION for protective order filed by Hugh A. Eastwood on behalf of D. Bart Rockett. Suggestions in opposition/response due by 8/23/2021 unless otherwise directed by the court. (Attachments: # 1 Exhibit Joint Proposed Protective Order)(Eastwood, Hugh) (Attachment 1 replaced on 8/10/2021) (Furtak, Rebecca). (Entered: 08/09/2021) |
| 08/10/2021 | 10 | | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Thomas Kondro on behalf of Defendant Eric Dell Eighmy.(Kondro, Thomas) (Entered: 08/10/2021) |
| 08/11/2021 | 11 | | CERTIFICATE OF SERVICE OF INITIAL RULE 26 DISCLOSURES filed by Hugh A. Eastwood on behalf of Plaintiff D. Bart Rockett.(Eastwood, Hugh) (Entered: 08/11/2021) |
| 08/11/2021 | 12 | | CERTIFICATE OF SERVICE by D. Bart Rockett *First Supplemental Rule 26 disclosures* filed by Hugh A. Eastwood on behalf of Plaintiff D. Bart Rockett.(Eastwood, Hugh) (Entered: 08/11/2021) |
| 08/12/2021 | 13 | | PROTECTIVE ORDER. Motions terminated: 9 Consent MOTION for protective order filed by D. Bart Rockett. Signed on 8/12/21 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 08/12/2021) |
| 08/13/2021 | 14 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Thomas Kondro on behalf of All Defendants. Suggestions in opposition/response due by 8/27/2021 unless otherwise directed by the court. (Kondro, Thomas) (Entered: 08/13/2021) |
| 08/13/2021 | 15 | | SUGGESTIONS in support re 14 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Thomas Kondro on behalf of Defendant Eric Dell Eighmy. (Attachments: # 1 Exhibit Defendant's Exhibit A, # 2 Exhibit Defendant's Exhibit B)(Related document(s) 14 ) (Kondro, Thomas) (Entered: 08/13/2021) |
| 08/13/2021 | 16 | | |

| | | | |
|---|---|---|---|
| | | | DESIGNATION OF MEDIATOR naming Peter Dunne(Eastwood, Hugh) (Entered: 08/13/2021) |
| 08/13/2021 | 17 | | Joint PROPOSED SCHEDULING ORDER by D. Bart Rockett. (Eastwood, Hugh) (Entered: 08/13/2021) |
| 08/18/2021 | | | NOTICE of filing: Mediation and Assessment Program Reminder: Your post−mediation status report is due within 10 calendar days after the mediation. See MAP FAQs on Court's website for specifics and submit report(s) to: map@mow.uscourts.gov. (ADI, MAP) (Entered: 08/18/2021) |
| 08/25/2021 | 18 | | Consent MOTION for leave to file excess pages filed by Bevis Schock on behalf of D. Bart Rockett. Suggestions in opposition/response due by 9/8/2021 unless otherwise directed by the court. (Schock, Bevis) (Entered: 08/25/2021) |
| 08/25/2021 | 19 | | ORDER granting 18 motion for leave to file excess pages. Signed on 8/25/21 by District Judge M. Douglas Harpool. This is a TEXT ONLY ENTRY. No document is attached. (Howard, Linda) (Entered: 08/25/2021) |
| 08/25/2021 | 20 | | SUGGESTIONS in opposition re 14 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Bevis Schock on behalf of Plaintiff D. Bart Rockett. Reply suggestions due by 9/8/2021 unless otherwise directed by the court. (Attachments: # 1 Exhibit Ex. 1. Supreme Court Case No. SC98716)(Related document(s) 14 ) (Schock, Bevis) (Entered: 08/25/2021) |
| 08/26/2021 | 21 | | Consent MOTION for extension of time to file response/reply as to 20 Suggestions in Opposition to Motion, filed by Thomas Kondro on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 9/9/2021 unless otherwise directed by the court. (Related document(s) 20 ) (Kondro, Thomas) (Entered: 08/26/2021) |
| 08/31/2021 | 22 | | ORDER granting 21 Defendant's unopposed motion for extension of time to file reply suggestions. Defendant's reply is due on or before September 22, 2021. This is a TEXT ONLY ENTRY. No document is attached. (Roubal, Kristen) (Entered: 08/31/2021) |
| 09/14/2021 | 23 | | CERTIFICATE OF SERVICE by D. Bart Rockett re 11 CERTIFICATE of service of initial Rule 26 disclosures *Second Supplemental Disclosures* filed by Hugh A. Eastwood on behalf of Plaintiff D. Bart Rockett. Related document: 11 CERTIFICATE of service of initial Rule 26 disclosures filed by D. Bart Rockett.(Eastwood, Hugh) (Entered: 09/14/2021) |
| 09/21/2021 | 24 | | Consent MOTION for leave to file excess pages filed by Thomas Kondro on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 10/5/2021 unless otherwise directed by the court. (Kondro, Thomas) (Entered: 09/21/2021) |
| 09/22/2021 | 25 | | Second MOTION for extension of time to file response/reply as to 14 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Thomas Kondro on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 10/6/2021 unless otherwise directed by the court. (Related document(s) 14 ) (Kondro, Thomas) (Entered: 09/22/2021) |
| 09/23/2021 | 26 | | ORDER granting 24 consent motion for leave to file excess pages and granting 25 consent motion for extension of time to file reply. Defendant shall file his reply suggestions on or before September 27, 2021. This is a TEXT ONLY |

| | | | |
|---|---|---|---|
| | | | ENTRY. No document is attached. (Roubal, Kristen) (Entered: 09/23/2021) |
| 09/23/2021 | 27 | | REPLY SUGGESTIONS to motion re 14 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Thomas Kondro on behalf of Defendant Eric Dell Eighmy. (Related document(s) 14 ) (Kondro, Thomas) (Entered: 09/23/2021) |
| 09/29/2021 | 28 | | MOTION to withdraw as attorney filed by H Anthony Relys on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 10/13/2021 unless otherwise directed by the court. (Relys, H) (Entered: 09/29/2021) |
| 09/30/2021 | 29 | | ORDER granting 28 motion to withdraw as attorney. Attorney H Anthony Relys terminated as counsel for Defendant. This is a TEXT ONLY ENTRY. No document is attached. (Roubal, Kristen) (Entered: 09/30/2021) |
| 12/09/2021 | 30 | | ORDER denying 14 Motion to Dismiss for Failure to State a Claim. Signed on 12/9/21 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 12/09/2021) |
| 12/10/2021 | 31 | | SCHEDULING AND JURY TRIAL ORDER:( Initial Pretrial Conference set for 1/12/2023 01:00 PM DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool., Jury Trial set for five days beginning 1/23/2023 09:00 AM in DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool., Dispositive Motions due by 9/16/2022., Final Pretrial Conference set for 1/23/2023 08:30 AM DJ Courtroom 1, Springfield (MDH) before District Judge M. Douglas Harpool.), ( Amended Pleadings due by 2/11/2022., Joinder of Parties due by 2/11/2022., Discovery Motions due by 7/29/2022., Status Reports due by 2/2/2022; 5/2/2022, and 8/1/2022.) Discovery due by 8/12/2022. Signed on 12/10/21 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 12/10/2021) |
| 12/10/2021 | 32 | | RULES OF TRIAL Signed on 12/10/21 by District Judge M. Douglas Harpool. (View, Pat) (Entered: 12/10/2021) |
| 12/19/2021 | 33 | | NOTICE of appearance by Michael E. Talent on behalf of Eric Dell Eighmy (Attorney Michael E. Talent added to party Eric Dell Eighmy(pty:dft))(Talent, Michael) (Entered: 12/19/2021) |
| 12/20/2021 | 34 | | NOTICE OF APPEAL by Eric Dell Eighmy. Filing fee $ 505, receipt number AMOWDC−7719751. (Talent, Michael) (Entered: 12/20/2021) |
| 12/20/2021 | 35 | | Consent MOTION to stay *proceedings pending appeal* filed by Michael E. Talent on behalf of Eric Dell Eighmy. Suggestions in opposition/response due by 1/3/2022 unless otherwise directed by the court. (Talent, Michael) (Entered: 12/20/2021) |
| 12/20/2021 | 36 | | SUGGESTIONS in support re 35 Consent MOTION to stay *proceedings pending appeal* filed by Michael E. Talent on behalf of Defendant Eric Dell Eighmy. (Related document(s) 35 ) (Talent, Michael) (Entered: 12/20/2021) |
| 12/20/2021 | 37 | | ORDER granting 35 motion to stay pending appeal. Defendant has filed a motion for stay pending appeal indicating that Plaintiff has consented to this request. Wherefore, after reviewing the record before the Court, the Court hereby grants the motion and stays this case during the appeal. This is a TEXT ONLY ENTRY. No document is attached. (KBR) (Entered: 12/20/2021) |

| | | | |
|---|---|---|---|
| 12/21/2021 | 38 | | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 34 Notice of Appeal. (Furtak, Rebecca) (Entered: 12/21/2021) |

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | | |
|---|---|---|
| **D. BART ROCKETT, as next friend of his minor children, K.R. and B.R,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No. 6:21-cv-03152-MDH** |
| **THE HONORABLE ERIC EIGHMY,** | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is Defendant's Motion to Dismiss. (Doc. 14). The motion has been fully briefed and is ripe for review.

## BACKGROUND

Plaintiff brings this civil action pursuant to 42 U.S.C. § 1983 against Judge Eighmy, an associate circuit judge in the Circuit Court of Taney County, Missouri, as next friend of his two minor children. This case presents a very unique set of allegations. Judge Eighmy presided over a custody proceeding involving Plaintiff and his two children in Taney County.[1] Plaintiff's current lawsuit alleges Judge Eighmy unlawfully jailed his two minor children for one hour in a Taney County jail and then subsequently issued pick up orders for the children resulting in the children being jailed for two nights in Louisiana. Plaintiff alleges Judge Eighmy's orders, and detention of the children, were done without any findings of contempt, delinquency, probable cause or

[1] Plaintiff also alleges, while not the basis for his cause of action, that Judge Eighmy had a conflict presiding over the custody dispute based on his prior representation of one of Plaintiff's family members in a divorce proceeding before he became a judge.

jurisdiction. As a result, Plaintiff's Complaint alleges that Defendant's actions amount to misconduct that was not judicial in function and lacked jurisdiction.

Specifically, Plaintiff alleges Judge Eighmy personally seized and jailed the two minor children who were neither before him as parties, in contempt, or delinquent. The allegations state that Judge Eighmy then later issued an order for the minor children to be picked up and jailed in Louisiana, in the absence of any personal or UCCJEA jurisdiction, and in violation of the children's due process rights.

Defendant has filed a motion to dismiss Plaintiff's Complaint arguing he is entitled to immunity because his acts were judicial in nature, he had jurisdiction to issue his orders, and Plaintiff lacks capacity to sue as next friend.

**STANDARD OF REVIEW**

"To survive a motion to dismiss [under 12(b)(6)], a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). A complaint is facially plausible where its factual content "allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* The plaintiff must plead facts that show more than a mere speculation or possibility that the defendant acted unlawfully. *Id.*; *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). While the Court accepts the complaint's factual allegations as true, it is not required to accept the plaintiff's legal conclusions. *Ashcroft*, 556 U.S. at 678. "Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." *Id.*

The court's assessment of whether the complaint states a plausible claim for relief is a "context-specific task that requires the reviewing court to draw on its judicial experience and common sense." *Ashcroft*, 556 U.S. at 679. The reviewing court must read the complaint as a

whole rather than analyzing each allegation in isolation. *Braden v. Wal-Mart Stores, Inc.*, 588 F.3d 585, 594 (8th Cir. 2009).

**DISCUSSION**

Here, the Court reviews Plaintiff's allegations, for purposes of analyzing the motion to dismiss, in a light most favorable to Plaintiff. Plaintiff's Complaint presents extremely unique factual allegations and while Defendant's motion argues Judge Eighmy is entitled to abolute immunity for his judicial acts, Plaintiff's Complaint contains allegations against Judge Eighmy that reach beyond judicial immunity regarding the actions taken against the children. Whether or not Plaintiff can actually prevail is not before this Court. Rather, the Court has to review whether Plaintiff has stated a claim to survive a motion to dismiss.

Here, Plaintiff first alleges that Judge Eighmy personally seized and jailed the two minor children, who were not before him as parties, nor in contempt of court, because he wanted to "teach them a lesson" after a proceeding that had taken place in the Taney County courtroom regarding the parents' custody battle. Specifically, after the hearing the children stated their intentions that they would not go with their mother and the Judge, as alleged, wanted to scare the children into compliance and in doing so physically had them escorted to jail and told them to stay there until they had changed their minds. Further, the allegations state that Judge Eighmy subsequently ordered the children to be picked up in Louisiana, resulting in their detention in a Louisiana jail for at least two nights, when the Judge did not have jurisdiction to enter any such order. Plaintiff argues Judge Eighmy decided to initiate, prosecute and adjudicate alleged juvenile delinquency that was never a case or an issue pending before him.

Here, the Court does not determine whether any of these allegations are true. Rather, the Court finds that these allegations plead enough to survive a motion to dismiss for immunity.

Plaintiff cites to two extreme and unique scenairos in which judges have been sued for alleged wrongdoing. First, a Fifth Circuit case that states: "Absolute judicial immunity extends to all judicial acts that are not performed in the clear absence of all jurisdiction." *Malina v. Gonzales*, 994 F.2d 1121, 1124 (5th Cir. 1993)(internal citations omitted). The Fifth Circuit found that "a judge has no immunity (1) for actions taken outside of his judicial capacity, or (2) for actions that are judicial in nature, but occur in the complete absence of all jurisdiction." *Id.*, citing *Mireles v. Waco*, 502 U.S. 9, ——, 112 S.Ct. 286, 288, 116 L.Ed.2d 9 (1991). Here, Plaintiff alleges Judge Eighmy took actions outside his judicial capacity and also absent jurisdiction.

In *Zarcone v. Perry*, 572 F.2d 52 (2d Cir. 1978), a judge was found liable to a plaintiff when a jury found a judge violated plaintiff's rights under § 1983 when he had plaintiff, a coffee vendor, arrested for selling coffee that tasted "putrid." *Id.* at 53. The appeal to the Second Circuit raised the issue of whether the punitive damages award was excessive but the case involved unusual civil rights allegations against a judge and a jury found in favor of the plaintiff.

Here, the Court finds the allegations, as pled, state a claim that would go beyond dismissal based on immunity. The allegations contained in the complaint are that the judge acted without jurisdiction and outside his judicial role when personally taking the children to jail, then subsequently ordering them picked up in Louisana, when there were no judicial proceedings pending that would allow for this judicial sanction. Whether Plaintiff will be able to ultimately prevail is a question for another day. However, here, based on the allegations contained in the pleadings Plaintiff has stated a claim that judicial immunity may not apply and certainly a claim that cannot be resolved by a motion to dismiss.

Finally, Defendant's motion to dismiss alleging Plaintiff has not been named next friend is also denied. The Court is not ruling on the issue of whether Plaintiff must be formally appointed

as next friend of his minor children.[2] The Court will not dismiss this case based on the alleged capacity of Plaintiff to bring suit on behalf of the minors. However, the record will need to be more fully developed as to whether Plaintiff is required to seek the Court's appointment as next friend and whether there are any issues regarding the representative capacity of Plaintiff with regard to the children based on the underlying custody issues. Again, however, Plaintiff has pled allegations sufficient to survive a motion to dismiss at this preliminary stage of litigation.

**DECISION**

Wherefore, for the reasons set forth herein, the Court **DENIES** Defendant's Motions to Dismiss. (Docs. 14).

**IT IS SO ORDERED.**

DATED: December 9, 2021

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

[2] Plaintiff argues that a formal appointment is not required by the Court in this case.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| D. BART ROCKETT, as next friend of his minor children, K.R. and B.R., Plaintiff, | ) | |
| v. | ) | Case No. 6:21-cv-03152 |
| THE HONORABLE ERIC EIGHMY, Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant, the Honorable Eric Eighmy, appeals to the United States Court of Appeals for the Eighth Circuit from the district court's December 9, 2021, order denying him absolute immunity, ECF No. 30. *See Mitchell v. Forsyth*, 472 U.S. 511, 525 (1985).

Respectfully submitted,

**ERIC S. SCHMITT**
MISSOURI ATTORNEY GENERAL

/s/ *Michael E. Talent*
Michael E. Talent, #73339
*Deputy Solicitor General*
Thomas F. Kondro, #63009
*Assistant Attorney General*
Office of the Attorney General
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102
Tel. (314) 340-4869
Fax (573) 751-0774
Michael.Talent@ago.mo.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2021, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Michael E. Talent*
Deputy Solicitor General

*Counsel for Defendant*

```
MIME-Version:1.0
From:ecfMOW.notification@mow.uscourts.gov
To:cmecf_atynotifications@mow.uscourts.gov
Bcc:
--Case Participants: Thomas Kondro (linda.ruegge@ago.mo.gov, thomas.kondro@ago.mo.gov),
Hugh A. Eastwood (heastwood@eastwoodlawstl.com), Bevis Schock (sandy@schocklaw.com,
wbschock@schocklaw.com), Michael E. Talent (michael.talent@ago.mo.gov), H Anthony Relys
(allison.whitmer@ago.mo.gov, pam.martin@ago.mo.gov, tony@tghlitigation.com), D. Bart
Rockett (brockett24@gmail.com), Eric Dell Eighmy (eric.eighmy@courts.mo.gov), District
Judge M. Douglas Harpool (douglas_harpool@mow.uscourts.gov,
kristen_roubal@mow.uscourts.gov, linda_howard@mow.uscourts.gov,
mary_maerz@mow.uscourts.gov, patricia_view@mow.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7649718@mow.uscourts.gov
Subject:Activity in Case 6:21-cv-03152-MDH Rockett v. Eighmy Order on Motion to Stay
```
Content−Type: text/html

**U.S. District Court**

**Western District of Missouri**

## Notice of Electronic Filing

The following transaction was entered on 12/20/2021 at 2:01 PM CST and filed on 12/20/2021

| | |
|---|---|
| **Case Name:** | Rockett v. Eighmy |
| **Case Number:** | 6:21−cv−03152−MDH |
| **Filer:** | |
| **Document Number:** | 37(No document attached) |

**Docket Text:**
**ORDER granting [35] motion to stay pending appeal. Defendant has filed a motion for stay pending appeal indicating that Plaintiff has consented to this request. Wherefore, after reviewing the record before the Court, the Court hereby grants the motion and stays this case during the appeal. This is a TEXT ONLY ENTRY. No document is attached. (KBR)**

**6:21−cv−03152−MDH Notice has been electronically mailed to:**

Hugh A. Eastwood heastwood@eastwoodlawstl.com

H Anthony Relys (Terminated) tony@tghlitigation.com, allison.whitmer@ago.mo.gov, pam.martin@ago.mo.gov

Thomas Kondro thomas.kondro@ago.mo.gov, Linda.Ruegge@ago.mo.gov

Michael E. Talent Michael.Talent@ago.mo.gov

Bevis Schock wbschock@schocklaw.com, sandy@schocklaw.com

**6:21−cv−03152−MDH It is the filer's responsibility for noticing the following parties by other means:**

**U.S. COURT OF APPEALS - EIGHTH CIRCUIT**
**NOA SUPPLEMENT**

Case Name: Rockett v Eighmy
Case Number: 6:21-cv-03152-MDH

Please return files and documents to: U.S. District Court
1400 U.S. Courthouse
222 John Q. Hammons Parkway
Springfield, MO 65806
417/865-3869

Person to contact with questions about this appeal: Springfield Clerk's Office

Length of Trial: N/A

Financial Status: Fee Paid: Yes
If NO, has IFP been granted: N/A
Is there a pending motion for IFP? N/A

Counsel: Plaintiff: Bevis Schock
W. Bevis Schock
7777 Bonhomme, Ste. 1300
St. Louis, MO 63105

Hugh A. Eastwood
Hugh A. Eastwood, Attorney at Law
7911 Forsyth Blvd Ste 300
St. Louis, MO 63105-3825

Defendant: H. Anthony Relys
TGH Litigation, LLC
28 N. 8th St., Ste. 317
Columbia, MO 65201

Are there any other pending post-judgment motions: NO

Is there keen local interest in this case?: NO

Do you recommend a simultaneous opinion release? NO

Is there a court reporter in this case? NO
If yes, please identify:

**Criminal Cases Only:**

Is defendant incarcerated: N/A

Please list all other defendants in this case if there were multiple defendants: N/A