UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

**APPEARANCE OF COUNSEL**

Case Title: D. Bart Rockett vs. The Honorable Eric Eighmy

**The Clerk will enter my appearance as Counsel in Appeal No.** 21-3903 for the following party(s): (please specify)

The Honorable Eric Eighmy

☑ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Michael E. Talent s/: Michael E. Talent

Firm Name: Attorney General's Office

Business Address: 815 Olive Street, Suite 200

City/State/Zip: St. Louis, MO 63101

Telephone Number (Area Code): 314-340-4869

Email Address: michael.talent@ago.mo.gov

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 12/22/21, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: