No. 21-3903

# United States Court of Appeals
## For the Eighth Circuit

D. BART ROCKETT, as next friend of his minor children, K.R. and B.R.

*Plaintiff-Appellee*,

v.

THE HONORABLE ERIC EIGHMY,

*Defendant-Appellant*.

**APPELLANT'S TRANSCRIPT VERIFICATION**

Pursuant to Federal Rule of Appellate Procedure 10(b), Defendant-Appellant, the Honorable Eric Eighmy, certifies that no transcript will be ordered for this appeal.

Respectfully submitted,

**ERIC S. SCHMITT**
Missouri Attorney General

*/s/ Michael E. Talent*
Michael E. Talent, #322220CA
*Deputy Solicitor General*

Missouri Attorney General's Office
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, MO 65102
Tel: (314) 340-4869
Fax: (573) 751-0774
Email: Michael.Talent@ago.mo.gov

*Counsel for Defendant-Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Michael E. Talent*

Michael E. Talent
*Deputy Solicitor General*