No. 21-3903

# United States Court of Appeals
## For the Eighth Circuit

D. BART ROCKETT, as next friend of his minor children, K.R. and B.R.

*Plaintiff-Appellee*,

v.

THE HONORABLE ERIC EIGHMY,

*Defendant-Appellant*.

**CERTIFICATE OF COMPLIANCE FOR APPELLANT JUDGE EIGHMY'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT AND JOINT APPENDIX**

The undersigned hereby certifies that Appellant Judge Eighmy's Motion for Extension of Time to File Brief of Appellant and Joint Appendix complies with the typeface and formatting requirements of Fed. R. App. P. 27 and 32, that it is written in Century Schoolbook 14-point font, and that it contains 135 words as determined by the word-count feature of Microsoft Word. The motion and this certification have been scanned for viruses and are virus-free.

Dated January 24, 2022

Respectfully submitted,

**ERIC S. SCHMITT**
Missouri Attorney General

*/s/ Michael E. Talent*
Michael E. Talent, #322220CA
*Deputy Solicitor General*

Missouri Attorney General's Office
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, MO 65102
Tel: (314) 340-4869
Fax: (573) 751-0774
Email: Michael.Talent@ago.mo.gov

*Counsel for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Michael E. Talent*

Michael E. Talent
*Deputy Solicitor General*