No. 21-3903

# United States Court of Appeals
## For the Eighth Circuit

D. BART ROCKETT, as next friend of his minor children, K.R. and B.R.

*Plaintiff-Appellee*,

v.

THE HONORABLE ERIC EIGHMY,

*Defendant-Appellant*.

**APPELLANT JUDGE EIGHMY'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT AND JOINT APPENDIX**

This appeal seeks review of the district court's denial of Judge Eighmy's motion to dismiss on the basis of judicial immunity.

On December 21, 2021, the Court entered a briefing schedule for this case that provided that the Joint Appendix and Brief of Appellant with addendum was due on January 31, 2022.

On January 24, 2022, Appellant Judge Eric Eighmy requested a thirty-day extension of time, until March 2, 2022, in which to file the Joint Appendix and Brief of Appellant. The Court granted the motion on January 25, 2022.

Due to a large number of deadlines and significant press of other business—including unexpected litigation deadlines and hearings—for counsel, Judge Eighmy respectfully requests an additional extension of seven days, to March 9, 2022, in which to file the Brief of Appellant with addendum and Joint Appendix. Counsel for Appellee has consented to this request for extension. Barring an emergency, Judge Eighmy does not intend to seek any more extensions.

WHEREFORE, Appellant requests an extension of time to March 9, 2022, in which to file the Brief of Appellant with addendum and the Joint Appendix.

Dated February 28, 2022

Respectfully submitted,


**ERIC S. SCHMITT**
Missouri Attorney General

*/s/ Michael E. Talent*
Michael E. Talent, #322220CA
*Deputy Solicitor General*

Missouri Attorney General's Office
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, MO 65102
Tel: (314) 340-4869
Fax: (573) 751-0774
Email: Michael.Talent@ago.mo.gov

*Counsel for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*<u>/s/ Michael E. Talent</u>*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that Appellant Judge Eighmy's Second Motion for Extension of Time to File Brief of Appellant and Joint Appendix complies with the typeface and formatting requirements of Fed. R. App. P. 27 and 32, that it is written in Century Schoolbook 14-point font, and that it contains 185 words as determined by the word-count feature of Microsoft Word. The motion and this certification have been scanned for viruses and are virus-free.

*/s/ Michael E. Talent*