**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 21-3903

D. Bart Rockett, as next friend of his minor children, K.R. and B.R.

Appellee

v.

The Honorable Eric Eighmy

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03152-MDH)

---

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until March 9, 2022 to file the brief and appendix.

February 28, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans