No. 21-3903

# United States Court of Appeals
## For the Eighth Circuit

D. BART ROCKETT, as next friend of his minor children, K.R. and B.R.

*Plaintiff-Appellee*,

v.

THE HONORABLE ERIC EIGHMY,

*Defendant-Appellant*.

FILED
MAR 11 2022
MICHAEL E. GANS
CLERK OF COURT

**MOTION TO SEAL VOLUME II OF THE JOINT APPENDIX**

Appellant, the Honorable Eric Eighmy, moves to file and maintain Volume II of the Joint Appendix under seal. In support, Judge Eighmy states the following:

1. Volume II of the Joint Appendix contains Exhibit 4 to Appellee D. Bart Rockett's complaint. The document was sealed in the district court in order to protect the identities of minors. *See* App. 47; R. Doc. 6, at 1; App. 3 (docket entry #7).
2. The privacy interests protected by the district court's orders—namely, the identities of minors—will be infringed if Volume II of the Joint Appendix is publicly available.

RECEIVED
MAR 11 2022
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

3. Counsel for Judge Eighmy has conferred with counsel for Mr. Rockett, and counsel for Mr. Rockett consent to this motion.

4. Judge Eighmy believes this motion to seal may be made publicly available on PACER and need not be sealed. *See* 8th Cir. R. 25A(h).

For those reasons, the parties ask the Court to file and maintain Volume II of the Joint Appendix under seal. *See Emerson v. James F. Lincoln Arc Welding Found.*, 591 F. App'x 522, 523 (8th Cir. 2015) (ordering documents sealed to the extent governed by Eight Circuit Rule 25A(h) and Federal Rule of Civil Procedure 5.2).

Dated March 10, 2022

Respectfully submitted,

**ERIC S. SCHMITT**
Missouri Attorney General

*/s/ Michael E. Talent*
Michael E. Talent, #322220CA
*Deputy Solicitor General*

Missouri Attorney General's Office
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, MO 65102
Tel: (314) 340-4869
Fax: (573) 751-0774
Email: Michael.Talent@ago.mo.gov

*Counsel for Defendant-Appellant*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that this Motion to Seal Volume II of the Joint Appendix complies with the typeface and formatting requirements of Fed. R. App. P. 27 and 32, that it is written in Century Schoolbook 14-point font, and that it contains 200 words as determined by the word-count feature of Microsoft Word.

*<u>/s/ Michael E. Talent</u>*

Michael E. Talent
*Deputy Solicitor General*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by mailing the forgoing to the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit. *See* FED. R. APP. P. 25(a)(2)(i).

I hereby certify that on March 10, 2022, I emailed the foregoing to counsel for Appellee D. Bart Rockett, who consented to service by electronic mail at the following email addresses, *see* FED. R. APP. P. 25(c)–(d):

- W. Bevis Schock: wbschock@schocklaw.com
- Hugh Eastwood: heastwood@eastwoodlawstl.com

*/s/ Michael E. Talent*

Michael E. Talent
*Deputy Solicitor General*