**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 18, 2022

Ms. Lauren Bonds
NATIONAL POLICE ACCOUNTABILITY PROJECT
Suite 310
2022 St. Bernard Avenue
New Orleans, LA 70116

Ms. Keisha James
NATIONAL POLICE ACCOUNTABILITY PROJECT
Suite 310
2022 St. Bernard Avenue
New Orleans, LA 70116

Mr. Jordan S. Kushner
Suite 2446
431 S. Seventh Street
Minneapolis, MN 55415-0000

Ms. Eliana Machefsky
NATIONAL POLICE ACCOUNTABILITY PROJECT
Suite 310
2022 St. Bernard Avenue
New Orleans, LA 70116

RE: 21-3903 D. Bart Rockett v. The Honorable Eric Eighmy

Dear Counsel:

The amicus curiae brief of the National Police Accountability Project has been filed. If you have not already done so, please complete and file an Appearance form. You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Michael E. Gans
Clerk of Court

NDG

Enclosure(s)

cc: Mr. Hugh Athelstan Eastwood
Mr. W. Bevis Schock
Mr. Michael E. Talent

District Court/Agency Case Number(s): 6:21-cv-03152-MDH