# United States Court of Appeals
***For The Eighth Circuit***

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


April 18, 2022

Ms. Victoria Leigh Easton Clark
INSTITUTE FOR JUSTICE
Suite 960
816 Congress Avenue
Austin, TX 78701

Mr. Daniel B. Rankin
INSTITUTE FOR JUSTICE
Suite 900
901 N. Glebe Road
Arlington, VA 22203

RE: 21-3903 D. Bart Rockett v. The Honorable Eric Eighmy

Dear Counsel:

The amicus curiae brief of the Institute for Justice has been filed. If you have not already done so, please complete and file an Appearance form. You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Michael E. Gans
Clerk of Court

NDG

Enclosure(s)

cc: Ms. Lauren Bonds
Mr. Hugh Athelstan Eastwood
Ms. Keisha James
Mr. Jordan S. Kushner
Ms. Eliana Machefsky

Mr. W. Bevis Schock
Mr. Michael E. Talent

District Court/Agency Case Number(s): 6:21-cv-03152-MDH