UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: D. Bart Rockett vs. The Honorable Eric Eighmy

**The Clerk will enter my appearance as Counsel in Appeal No.** 21-3903 for the following party(s): (please specify)

Amicus Curiae Institute for Justice

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Daniel B. Rankin s/: Daniel B. Rankin

Firm Name: Institute for Justice

Business Address: 901 N. Glebe Rd., Suite 900

City/State/Zip: Arlington, VA 22203

Telephone Number (Area Code): (703) 682-9320

Email Address: drankin@ij.org

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 4/18/22, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: