UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: D. Bart Rockett vs. The Honorable Eric Eighmy

**The Clerk will enter my appearance as Counsel in Appeal No.** 21-3903 for the following party(s): (please specify)

Amicus Curiae Institute for Justice

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Victoria Clark s/: Victoria Clark

Firm Name: Institute for Justice

Business Address: 816 Congress Ave., Suite 960

City/State/Zip: Austin, Texas 78701

Telephone Number (Area Code): (512) 480-5936

Email Address: tclark@ij.org

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 4/18/22, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: