No. 21-3903

---

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

D. BART ROCKETT,
as next friend of his minor children K.R. and B.R.,
*Plaintiff-Appellee*,

v.

THE HONORABLE ERIC EIGHMY,
*Defendant-Appellant*.

---

Interlocutory Appeal from the United States District Court
for the Western District of Missouri
The Honorable Douglas Harpool

---

# MOTION OF AMICUS CURIAE NATIONAL ASSOCIATION OF COUNSEL FOR CHILDREN TO FILE BRIEF IN SUPPORT OF PLAINTIFF-APPELLEE IN EXCESS OF 6,500 WORDS

---


J. Bennett Clark
Emma G. McEnery
Ellen M. Komlos
BRYAN CAVE LEIGHTON
PAISNER LLP
211 N. Broadway, Ste. 3600
St. Louis, Missouri 63102
Tel.: (314) 259-2000
Ben.Clark@bclplaw.com
Emma.McEnery@bclplaw.com

Kristin Howard Corradini
BRYAN CAVE LEIGHTON
PAISNER LLP
161 North Clark Street, Ste. 4300
Chicago, Illinois 60601
Tel.: (312) 602-5000
Kristin.Corradini@bclplaw.com

*Counsel for Amicus Curiae National Association of Counsel for Children*

## MOTION

Comes Now Amicus Curiae National Association of Counsel for Children ("NACC") and respectfully requests leave to file its brief in support of Plaintiff-Appellee in excess of the 6,500 word limit set forth in Federal Rule of Appellate Procedure 29(a)(5). As grounds in support, it is stated:

1. Due to the significance of the legal and societal import of this matter, NACC requests the Court's permission to include 7059 words, making its brief longer than the 6,500 words allowed by Federal Rule of Appellate Procedure 29(a)(5).
2. The requested 7059 words are exclusive of the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f), but inclusive of NACC's Statement of Consent pursuant to Federal Rule of Appellate Procedure 29(a)(2), Statement of Interest pursuant to Federal Rule of Appellate Procedure 29(a)(4)(D), and Federal Rule of Appellate Procedure 29(a)(4)(E) Statement.
3. Alternatively, NACC requests an increase to allow 6743 words, which is exclusive of the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) as well as the parts required as Amicus by Federal Rule of Appellate Procedure 29(a), identified above, it being unclear whether the latter are excluded from the word count in the first instance.
4. NACC submits that this request is warranted to fully apprise the Court of its position in light of the importance of the matters at issue.

WHEREFORE, Amicus Curiae National Association of Counsel for Children respectfully prays this Court to grant leave to file its brief in excess of the 6,500 word limit, consistent with the alternative calculations above.

Dated: April 18, 2022

Respectfully submitted,

*<u>/s/ J. Bennett Clark</u>*

J. Bennett Clark
Emma G. McEnery
Ellen M. Komlos
BRYAN CAVE LEIGHTON
PAISNER LLP
211 N. Broadway, Ste. 3600
St. Louis, Missouri 63102
Tel.: (314) 259-2000
Ben.Clark@bclplaw.com
Emma.McEnery@bclplaw.com
Ellen.Komlos@bclplaw.com

Kristin Howard Corradini
BRYAN CAVE LEIGHTON
PAISNER LLP
161 N. Clark Street, Ste. 4300
Chicago, Illinois 60601
Tel.: (312) 602-5000
Kristin.corradini@bclplaw.com

*Counsel for National Association of Counsel for Children*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that, pursuant to Federal Rules of Civil Procedure 27(d) and 32, this document complies with the type-volume, typeface, and type style limitations and contains 260 words, excluding the sections listed in Fed. R. App. P. 32(f), as counted by Microsoft Word. This motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font. The electronic copy of this brief has been scanned for viruses, and found to be free therefrom.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing has been served electronically to counsel of record via operation of the Court's CM/ECF system this 18th day of April, 2022.

*/s/ J. Bennett Clark*