**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 20, 2022

Mr. James Bennett Clark
BRYAN & CAVE
3600 One Metropolitan Square
211 N. Broadway
Saint Louis, MO 63102-2186

Ms. Kristin Corradini
BRYAN & CAVE
Suite 4300
161 N. Clark Street
Chicago, IL 60601

Ms. Ellen Komlos
BRYAN & CAVE
3600 One Metropolitan Square
211 N. Broadway
Saint Louis, MO 63102-2186

Ms. Emma McEnery
BRYAN & CAVE
3600 One Metropolitan Square
211 N. Broadway
Saint Louis, MO 63102-2186

RE: 21-3903 D. Bart Rockett v. The Honorable Eric Eighmy

Dear Counsel:

The amicus curiae brief of the National Association of Counsel for Children has been filed. If you have not already done so, please complete and file an Appearance form. You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Michael E. Gans
Clerk of Court

NDG

Enclosure(s)

cc: Ms. Lauren Bonds
Ms. Victoria Leigh Easton Clark
Mr. Hugh Athelstan Eastwood
Ms. Keisha James
Mr. Jordan S. Kushner
Ms. Eliana Machefsky
Mr. Daniel B. Rankin
Mr. W. Bevis Schock
Mr. Michael E. Talent

District Court/Agency Case Number(s): 6:21-cv-03152-MDH