**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:** Mr. Jordan S. Kushner
**CC:** Mr. James Bennett Clark
Ms. Victoria Leigh Easton Clark
Ms. Kristin Corradini
Mr. Hugh Athelstan Eastwood
Ms. Keisha James
Ms. Ellen Komlos
Ms. Lauren Bonds
Ms. Eliana Machefsky
Ms. Emma McEnery
Mr. Daniel B. Rankin
Mr. W. Bevis Schock
Mr. Michael E. Talent

**FROM:** Britny N. Williams

**DATE:** April 21, 2022

**RE:** 21-3903 D. Bart Rockett v. The Honorable Eric Eighmy

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below.

__X__ Please file a Corrected/ Initial Certificate of Service entry in CM/ECF showing service of the paper copies of your brief by **April 26, 2022**. The certificate should include the full names and addresses of the persons being served (the court, and opposing counsel for each party), the date of service and the manner of service.