# CERTIFICATES OF SERVICE
# FOR DOCUMENTS FILED USING CM/ECF

### Certificate of Service When Not All Case Participants Are CM/ECF Participants

I hereby certify that on April 18, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

s/ Jordan Kushner

I hereby certify that some of the participants in the case are not CM/ECF users. I further certify that on April 18, 2022, I dispatched the foregoing to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participant:

The Eighth Circuit Court of Appeals-111 South Tenth Street St. Louis, MO 63102

s/ Lauren Bonds