ATTORNEY GENERAL OF MISSOURI
ERIC SCHMITT

August 2, 2022

**VIA CM/ECF**

Mr. Michael Gans
Clerk of Court
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Federal Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

RE: *Rockett v. Eighmy*, No. 21-3903
Letter regarding oral argument conflict

Dear Mr. Gans:

I represent Defendant-Appellant, the Honorable Eric Eighmy, in this case. Yesterday, the Missouri Supreme Court scheduled oral argument in *Charter Communications Entertainment I LLC v. Director of Revenue* (No. SC99517) for September 21, 2022, in Jefferson City, Missouri. I represent the Director of Revenue in that case. To avoid a conflict, I respectfully request that oral argument in this case not be set on September 21, 2022, during the Court's September 19–23 sitting.

Thank you for your consideration of this request.

Sincerely,

*/s/ Michael E. Talent*
Michael E. Talent
*Deputy Solicitor General*
*Attorney for Defendant-Appellant*

cc: Counsel for Appellee (via electronic filing)