**No. 21-3903**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

D. Bart Rockett, as next friend of his minor children, K.R. and B.R.,

*Plaintiff–Appellee*,

v.

The Honorable Eric Eighmy,

*Defendant–Appellant.*

---

On Appeal from the United States District Court
for the Western District of Missouri
No. 6:21-cv-03152-MDH
Hon. Douglas Harpool

---

# MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR AMICUS CURIAE INSTITUTE FOR JUSTICE

---


Victoria Clark
INSTITUTE FOR JUSTICE
816 Congress Ave. Suite 960
Austin, Texas 78701
Phone: (512) 480-5936
Fax: (512) 480-5937
Email: tclark@ij.org

Daniel B. Rankin
INSTITUTE FOR JUSTICE
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
Email: drankin@ij.org

*Counsel for Amicus Curiae Institute for Justice*

In accordance with Federal Rule of Appellate Procedure 27(a)(1), Daniel B. Rankin respectfully moves this Court for leave to withdraw as counsel for Amicus Curiae Institute for Justice.

Plaintiff-Appellee, through counsel, has consented to the filing of this motion.

Defendant-Appellant, through counsel, has consented to the filing of this motion.

Mr. Rankin respectfully requests that the Court grant him permission to withdraw as counsel for amicus curiae due to Mr. Rankin's change in employment. Victoria Clark will remain as counsel for amicus curiae, and her contact information is provided in the below signature block.

For the foregoing reason, this motion of Daniel B. Rankin to withdraw as counsel should be granted.

Dated: January 19, 2023


Victoria Clark
INSTITUTE FOR JUSTICE
816 Congress Ave. Suite 960
Austin, Texas 78701

/s/ Daniel B. Rankin
Daniel B. Rankin
INSTITUTE FOR JUSTICE
901 N. Glebe Rd. Suite 900
Arlington, VA 22203

Phone: (512) 480-5936
Fax: (512) 480-5937
Email: tclark@ij.org

Phone: (703) 682-9320
Fax: (703) 682-9321
Email: drankin@ij.org

*Counsel for Amicus Curiae Institute for Justice*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with type-volume limits because Fed. R. App. P. 27(d)(2)(a), excluding the parts of the document exempted by Fed. R. App. P. 32(f) (cover page, signature block, certificate of counsel):

   [ X ] this motion contains [115] words.

   [ ] this motion uses a monospaced type and contains [*state the number of*] lines of text.

2. This motion complies with the typeface and type style requirements by Fed. R. App. P. 32(a)(5) and (a)(6) because:

   [ X ] this motion has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14pt Century Schoolbook.

   [ ] this motion has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

3. This document has been scanned for viruses and is virus-free.

Date: January 19, 2023

/s/ Daniel B. Rankin
Daniel B. Rankin

*Counsel for Amicus Curiae*
*Institute for Justice*

## CERTIFICATE OF SERVICE

I hereby certify that this 19th day of January, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to any CM/ECF participants.

/s/ Daniel B. Rankin
Daniel B. Rankin

*Counsel for Amicus Curiae*
*Institute for Justice*