**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 21-3903

D. Bart Rockett, as next friend of his minor children, K.R. and B.R.

Appellee

v.

The Honorable Eric Eighmy

Appellant

------------------------------

National Police Accountability Project, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03152-MDH)

---

**ORDER**

The motion to withdraw filed by Daniel Rankin has been granted.

January 20, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans