**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 22, 2023

Mr. Jeff P. Johnson
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102-0000

RE: 21-3903 D. Bart Rockett v. The Honorable Eric Eighmy

Dear Counsel:

The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion.

Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc must be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, no grace period for mailing is allowed. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

Michael E. Gans
Clerk of Court

JJB

Enclosure(s)

cc: Ms. Lauren Bonds
Mr. James Bennett Clark
Ms. Victoria Leigh Easton Clark
Ms. Kristin Corradini
Mr. Hugh Athelstan Eastwood
Mr. Eliot Michael Gusdorf
Ms. Keisha James
Ms. Ellen Komlos
Mr. Jordan S. Kushner
Ms. Eliana Machefsky
Ms. Emma McEnery

Mr. W. Bevis Schock
Ms. Paige A. Wymore-Wynn

District Court/Agency Case Number(s): 6:21-cv-03152-MDH