**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 22, 2023

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 21-3903 D. Bart Rockett v. The Honorable Eric Eighmy

Dear Sir or Madam:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellant and appeared on the brief was Michael E. Talent, Former AAG, of Nashville, TN.

Counsel who presented argument on behalf of the appellee was Hugh Athelstan Eastwood, of Saint Louis, MO. The following attorney also appeared on the appellee brief; W. Bevis Schock, of Saint Louis, MO.

Counsel who presented argument on behalf of amicus Institute for Justice, was Victoria Leigh Easton Clark of Austin, TX. The following attorney also appeared on the amicus brief, Daniel R. Rankin of Austin, TX.

Counsel who represented amicus National Association of Counsel for Children, was James Bennett Clark, of Saint Louis, MO., Emma McEnery, of Saint Louis, MO., Ellen Komlos, of Saint Louis, MO., Kristin Corradini, of Chicago, IL.

Counsel who represented amicus National Police Accountability Project, was Jordan S. Kushner, of Minneapolis, MN., Lauren Bonds, of Overland Park, KS., Keisha James, of New Orleans, LA., Eliana Machefsky, of New Orleans, LA.

The judge who heard the case in the district court was Honorable M. Douglas Harpool.

If you have any questions concerning this case, please call this office.

Michael E. Gans
Clerk of Court

JJB

Enclosure(s)

cc: MO Lawyers Weekly

District Court/Agency Case Number(s): 6:21-cv-03152-MDH