**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 21-3903

---

D. Bart Rockett, as next friend of his minor children, K.R. and B.R.

Plaintiff - Appellee

v.

The Honorable Eric Eighmy

Defendant - Appellant

------------------------------

National Police Accountability Project; Institute for Justice; National Association of Counsel for Children

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03152-MDH)

---

**JUDGMENT**

Before SMITH, Chief Judge, STRAS, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

June 22, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans