# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3903

D. Bart Rockett, as next friend of his minor children, K.R. and B.R.

Appellee

v.

The Honorable Eric Eighmy

Appellant

------------------------------

National Police Accountability Project, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03152-MDH)

---

**MANDATE**

In accordance with the opinion and judgment of June 22, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 13, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit