# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 21-3903

D. Bart Rockett, as next friend of his minor children, K.R. and B.R.

Appellee

v.

The Honorable Eric Eighmy

Appellant

------------------------------

National Police Accountability Project, et al.

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03152-MDH)
_____

**ORDER**

The motion of amicus curiae to participate in oral argument has been considered by the court and is granted. The Institute for Justice will have five minutes of argument time ceded from the fifteen minutes allocated to Appellee D. Bart Rockett.

February 01, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans